**Case 16-2023-CA-009471-XXXX-MA**

| Department | Circuit Civil | Division | CV-G |
|---|---|---|---|
| Case Status | OPEN | File Date | 7/11/2023 |
| Judge Name | SHARRIT, MICHAEL | Officer | |
| Private Attorney | Kemp-Gerstel, Andrew | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| MICHAEL J. ROBERTS | PLAINTIFF / | |
| CAPITAL ONE FINANCIAL CORP. | DEFENDANT / B | |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Kemp-Gerstel, Andrew Private Attorney (44332) | 44 W Flagler St Ste 2500 Miami, FL33130-6808 | CAPITAL ONE FINANCIAL CORP. (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 07/11/2023 | SUMMONS($10/ea) 6/17/2017 | $10.00 | $10.00 | $0.00 |
| 07/11/2023 | CIR/GENERALCIVIL 7/1/2019 | $401.00 | $401.00 | $0.00 |

### Dockets

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 1 D2 | -- | 7/6/2023 7/11/2023 | CASE FEES PAID: $411.00 ON RECEIPT NUMBER 4441549 | 1 | **Available** Public access |
| 2 | -- | 7/11/2023 7/11/2023 | OTHER NEGLIGENCE - OTHER | | |
| 3 D3 | -- | 7/11/2023 7/11/2023 | COVER SHEET | 1 | **Available** VOR, Ready to view |
| 4 D4 | -- | 7/11/2023 7/11/2023 | COMPLAINT | 1 | **Available** VOR, Ready to view |
| 5 D5 | -- | 7/11/2023 7/11/2023 | SUMMONS ISSUED TO CAPITAL ONE FINANCIAL CORP. | 1 | **Available** VOR, Ready to view |
| 6 D6 | -- | 7/11/2023 7/11/2023 | ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES | 1 | **Available** VOR, Ready to view |
| 7 D7 | -- | 7/21/2023 7/21/2023 | SUMMONS RETURNED INDICATING SERVICE FOR CAPITOL ONE FINANCIAL CORP ON 07/14/2023 | 1 | **Available** Public access |

| Line / Document | Count | Effective Entered | Description | Pages | Image |
|---|---|---|---|---|---|
| 8 D9 | -- | 7/27/2023 7/31/2023 | NOTICE OF APPEARANCE OF COUNSEL ANDREW KEMP-GERSTEL FOR CAPITAL ONE FINANCIAL CORP. DESIGNATION OF EMAIL ADDRESS | 1 | **Available** Public access |
| 9 D10 | -- | 8/3/2023 8/3/2023 | MOTION FOR EXTENSION OF TIME (DEFENDANT'S) TO FILE RESPONSE TO COMPLAINT | 1 | **Available** VOR, Ready to view |
| 10 D11 | -- | 8/3/2023 8/4/2023 | RESPONSE (PLTFS) TO DEFTS MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLTF'S COMPLAINT | 1 | **Available** VOR, Ready to view |



**JODY PHILLIPS**

**RECEIPT**
4441549

CLERK OF THE CIRCUIT AND COUNTY COURTS
JACKSONVILLE, DUVAL COUNTY, FLORIDA

Printed On:
07/11/2023 04:24
Page 1 of 1

| Receipt Number: 4441549 - Date 07/11/2023  Time 4:24PM | | |
|---|---|---|
| **Received of:** | ROBERTS, MICHAEL J. 3568 VALENCIA RD Jacksonville, FL 32205 | |
| **Cashier Name:** | C. Smith | **Balance Owed:** 411.00 |
| **Cashier Location:** | Circuit Civil | **Total Amount Paid:** 411.00 |
| **Receipt ID:** | 7810787 | **Remaining Balance:** 0.00 |
| **Division:** | CV-G(Circuit Court) | |

| Case# 16-2023-CA-009471-XXXX-MA -- PLAINTIFF: ROBERTS, MICHAEL J. | | | |
|---|---|---|---|
| Item | Balance | Paid | Bal Remaining |
| Fees | 411.00 | 411.00 | 0.00 |
| **Case Total** | **411.00** | **411.00** | **0.00** |

| Payments | | |
|---|---|---|
| Type | Ref# | Amount |
| CREDIT | 34897886 | **411.00** |
| **Total Received** | | **411.00** |
| **Total Paid** | | **411.00** |

## The clerk of courts is here to help you.

| | |
|---|---|
| We can be found online at: | **WWW.DUVALCLERK.COM** |
| The main courthouse Location is: | **Clerk of the Circuit and County Courts Duval County, Florida** 501 West Adams Street Jacksonville, Florida 32202 |
| The main telephone number is: | 904-255-2000 |
| Other Locations: | **Neptune Beach Courthouse Annex** 1543 Atlantic Blvd Neptune Beach, Florida 32266 |

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.    CASE STYLE**

(Name of Court) *DuVAL COUNTY CIVIL*

Plaintiff *Michael J Roberts*

Case #  *2023-CA- 9471*
Judge     *CV-G*

vs.

Defendant *CApital One Finacial Corp*

**FILED**

**JUL 11 2023**

~~DUVAL CLERK OF COURT~~

**II.    AMOUNT OF CLAIM**

**Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.**

- [ ] $8,000 or less
- [ ] $8,001 - $30,000
- [ ] $30,001- $50,000
- [x] $50,001- $75,000
- [ ] $75,001-$100,000
- [ ] over $100,000.00

**III.    TYPE OF CASE**    (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

**CIRCUIT CIVIL**

Florida Rules of Civil Procedure        October 1, 2022

☐ Condominium

☐ Contracts and indebtedness

☐ Eminent domain

☐ Auto negligence

☒ Negligence—other

   ☐ Business governance

   ☐ Business torts

   ☐ Environmental/Toxic tort

   ☐ Third party indemnification

   ☐ Construction defect

   ☐ Mass tort

   ☐ Negligent security

   ☐ Nursing home negligence

   ☐ Premises liability—commercial

   ☐ Premises liability—residential

☐ Products liability
☐ Real property/Mortgage foreclosure

   ☐ Commercial foreclosure

   ☐ Homestead residential foreclosure

   ☐ Non-homestead residential foreclosure

   ☐ Other real property actions

☐ Professional malpractice

   ☐ Malpractice—business

   ☐ Malpractice—medical

   ☐ Malpractice—other professional

Florida Rules of Civil Procedure       October 1, 2022

☐ Other

    ☐ Antitrust/Trade regulation

    ☐ Business transactions

    ☐ Constitutional challenge—statute or ordinance

    ☐ Constitutional challenge—proposed amendment

    ☐ Corporate trusts

    ☐ Discrimination—employment or other

    ☐ Insurance claims

    ☐ Intellectual property

    ☐ Libel/Slander

    ☐ Shareholder derivative action

    ☐ Securities litigation

    ☐ Trade secrets

    ☐ Trust litigation

**COUNTY CIVIL**

☐ Civil

☐ Real Property/Mortgage foreclosure

☐ Replevins

☐ Evictions

    ☐ Residential Evictions

    ☐ Non-residential Evictions

☐ Other civil (non-monetary)

**IV.**   **REMEDIES SOUGHT** (check all that apply):

    ☒ Monetary;

    ☐ Nonmonetary declaratory or injunctive relief;

Florida Rules of Civil Procedure    October 1, 2022

☒ Punitive

**V.   NUMBER OF CAUSES OF ACTION:** [   ]

(Specify) _____

---

**VI.   IS THIS CASE A CLASS ACTION LAWSUIT?**

☐ yes

☒ no

**VII.   HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**

☒ no

☐ yes If "yes," list all related cases by name, case number, and
court._____
_____
_____

---

**VIII.   IS JURY TRIAL DEMANDED IN COMPLAINT?**

☒ yes

☐ no

**IX.   DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**

☐ yes

☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate
to the best of my knowledge and belief, and that I have read and will comply
with the requirements of Florida Rule of General Practice and Judicial
Administration 2.425.

Signature _____   Fla. Bar # _____
              Attorney or party                          (Bar # if attorney)

_MICHAEL J. ROPER_                   _7/11/23_
(type or print name)                   Date

Florida Rules of Civil Procedure        October 1, 2022

16-2023-CA-009471-XXXX-MA DIV: CV-G

**IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA**

CASE #

DIVISION:

MICHAEL J. ROBERTS,

     Plaintiff,

vs

                        **F I L E D**

CAPITAL ONE FINANCIAL CORP.,

     A Delaware Corporation,        **JUL 1 1 2023**

     Defendant.                DUVAL CLERK OF COURT

_____

## COMPLAINT

NOW COMES the Plaintiff, MICHAEL J. ROBERTS, *pro-se*, and claims against

Defendant, CAPITAL ONE FINANCIAL CORP., violations of the Fair Credit Reporting Act,

15 U.S.C. §§ 1681(b), (n) & (o); Negligence and Invasion of Privacy.

### JURISDICTION AND VENUE

1.    Plaintiff is a resident of the County of Duva, State of Florida,

2.    Defendant is a financial institution incorporated in the State of Delaware and transacts

business in the County of Duval, State of Florida.

3.    That the amount in controversy is does not exceed $50,000.00.

### SUMMARY OF FACTS

4.    On or about February 17, 2023, Plaintiff received email notifications from multiple credit

monitoring services stating that Defendant had obtained Plaintiff's personal consumer credit file

CASE #

causing a substantial decrease in his credit score. (A true and accurate copy of credit monitoring emails and "hard"credit inquiry is attached hereto and made a part hereof as Exhibit 1).

5.      On or about February 17, 2023, Plaintiff received an unsolicited email from Defendant stating that Plaintiff has been approved for a Capital One Venture Rewards Card with a credit limit of $50,000 (A true and accurate copy of said email is attached hereto as Exhibit 2).

6.      Plaintiff does not have a financial relationship with Defendant. Plaintiff did not give any type of authorization which would permit Defendant to obtain his personal consumer file.

7.      On February 17, 2023, Plaintiff telephoned Defendant  (Feb. 17, 2023 @ 2:04pm) and spoke to Daryl (I.D.# VAN772)  to report Defendant's unauthorized hard credit inquiry, cancel the unsolicited credit card and immediately remove the deragatoty information from Plaintiff's credit file. Plaintiff was provided *Application Reference No. 10000169853476* by Defendant to reference when following up.

8.      On February 17, 2023, Plaintiff filed a police report with the Jacksonville Sheriff Department detailing the Defendant's unauthorized  access of his credit file. (Police Report # 23100940, Filed Feb. 17 @ 2:49pm)

9.      On February 17, 2023, Plaintiff  filed an incident report with the Federal Trade Commision detailing Defendant's unauthorized access of his credit file. (Report # 156507050).

10.      On February 22, 2022, Plaintiff sent Defendant a demand letter via facsimile and Certified Mail/Return Receipt giving them 10 days to remove the information from his credit file.  (A true and accurate copy of said letter and receipt confirmation is attached hereto as Exhibit 3).

CASE #

11.    Between February 22- May 4, 2023, Plaintiff contacted Defendant more than twenty

times in an effort to have the hard credit inquiry removed from his credit file and demanded any

documentation relied on by Defendant giving authorization to obtain his personal credit file.

Defendant has failed to respond to any of Plaintiff's requests.

12.    On May 4, 2023 Plaintiff sent Defendant notification detailing the numerous

communication efforts over multiple months trying to resolve this matter and that litigation was

imminent. (A true and accurate copy of said letter and receipt confirmation is attached hereto and

made a part hereof as Exhibit 4).  Defendant did not respond.

13.    Defendant obtained Plaintiff's personal credit file without a permissible purpose and then

used the financial information contained in the report to self deal, issuing Plaintiff a Capital One

Venture Card with a $50,000 credit line.

<u>**COUNT I:**</u>
<u>**DEFENDANT HAS VIOLATED 15 USC § 1681(b) BY OBTAINING PLAINTIFF'S**</u>
<u>**CREDIT REPORT WITHOUT AUTHORIZATION OR ANY PERMISSIBLE PURPOSE**</u>

14.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein

and further states:

15.    The Fair Credit Reporting Act codifies the circumstances in which a consumer credit file

can be obtained.

15 U.S.C.§ 1681a(d)(1).

A person shall not use or obtain a consumer report for any purpose unless:
(1) the consumer report is obtained for a purpose for which the consumer report is
authorized to be furnished under this section; and
(2) the purpose is certified in accordance with section 1681(e) of this title by a
prospective user of the report through a general or specific certification:

15 U.S.C.§ 1681(b)

3

CASE #

(a) In general

Subject to subsection (c), any consumer reporting agency may furnish a consumer report under the following circumstances and no other:

(1) In response to the order of a court having jurisdiction to issue such an order, a subpoena issued in connection with proceedings before a Federal grand jury, or a subpoena issued in accordance with section 5318 of title 31 or section 3486 of title 18.

(2) In accordance with the written instructions of the consumer to whom it relates.

(3) To a person which it has reason to believe-

(A) intends to use the information in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or collection of an account of, the consumer; or

(B) intends to use the information for employment purposes; or

(C) intends to use the information in connection with the underwriting of insurance involving the consumer; or

(D) intends to use the information in connection with a determination of the consumer's eligibility for a license or other benefit granted by a governmental instrumentality required by law to consider an applicant's financial responsibility or status; or

(E) intends to use the information, as a potential investor or servicer, or current insurer, in connection with a valuation of, or an assessment of the credit or prepayment risks associated with, an existing credit obligation; or

(F) otherwise has a legitimate business need for the information-

(i) in connection with a business transaction that is initiated by the consumer; or

(ii) to review an account to determine whether the consumer continues to meet the terms of the account.

16.   Defendant obtained Plaintiff's consumer credit report despite the fact that;

- Defendant was not responding to a court order or subpoena;

- Plaintiff did not give Defendant any written instructions;

- Plaintiff did not have any collection accounts with Defendant to be reviewed;

- Plaintiff did not apply for employment with Defendant;

- Plaintiff did not require eligibility for a license from a governmental instrumentality;

4

CASE #

- Plaintiff has no investment accounts with Defendant nor does Plaintiff have any privity with Defendant that would give rise to a financial risk analysis;

- Defendant had no legitimate business need for Plaintiff's credit file because Plaintiff has not initiated any business transactions with Defendant nor does Plaintiff have any accounts with Defendant for terms to be reviewed.

17.    Defendant obtained Plaintiff's consumer credit file with the knowledge that no permissible purpose existed .

18.    Defendant has failed to produce any authorizing documents that would allow a permissible purpose on which Plaintiff's credit report could be obtained.

19    Defendant has failed to timely remove the derogatory information from Plaintiff's credit report.

## COUNT II
## DEFENDANT'S KNOWINGLY AND WILLFULLY OBTAINED PLAINTIFF'S CREDIT REPORT WITHOUT AUTHORIZATION OR PERMISSIBLE PURPOSE VIOLATING 15 U.S.C. § 1681n

20.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein and further states:

21.    15 U.S.C. § 1681(n) addresses civil liability for willful noncompliance:

**(a) In general**
    Any person who willfully fails to comply with any requirement imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of-

    1.(A)  any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or (B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

5

CASE #

    2.     such amount of punitive damages as the court may allow; and

    3.     in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

### (b) Civil liability for knowing noncompliance

Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater.

22.    Defendant knowingly obtained Plaintiff's personal consumer credit file without a permissible purpose and then used Plaintiff's private financial information contained in the report to issue a credit card owned by Defendant with a $50,000 credit limit.

23.    Plaintiff is entitled to statutory damages of not less than $100 and not more than $1,000 for each and every one of these violations, pursuant to 15 U.S.C. § 1681 n(a)(l)(A).

24.    Defendant's self dealing actions in knowingly obtaining Plaintiff's consumer credit file without a permissible purpose, issuing a unsolicited credit card with a $50,000 credit limit then ignoring multiple requests to resolve the matter are the very reason punitive damages were created. Thus, Plaintiff is entitled to punitive damages for these violations, pursuant to 15 U.S.C. § 1681n(a)(2).

## COUNT III
## CIVIL LIABILITY FOR NEGLIGENT NONCOMPLIANCE
## 15 U.S. CODE § 1681(o)

25.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein and further states.

CASE #

26.     As a financial institution operating under the laws of numerous governmental regulatory agencies, Defendant owes a duty to Plaintiff (and the public) not to obtain a consumer credit file without a permissible purpose.

27.     Defendant breached said duty by obtaining Plaintiff's personal credit report without any permissible purpose causing Plaintiff's FICA score to decrease substantially and then failed to correct Plaintiff's credit file in a timely manner.

28.     Defendant has also breached its duty to Plaintiff by using the private financial information contained in the consumer credit file to self deal, issuing Plaintiff a credit card owned by Defendant containing a $50,000 credit limit.

29.     Defendant's breach is the proximate cause of financial and emotional damages suffered by Plaintiff.

30.     15 U.S.C § 1681(o) provides:

> Any person who is negligent in failing to comply with any requirement  imposed under this subchapter with respect to any consumer is liable to that consumer in an amount equal to the sum of—
>
> 1. any actual damages sustained by the consumer as a result of the failure; and
> 2. in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

31.     Plaintiff has suffered damages from Defendant's breach of duty and requests damages statutorily commensurate damages.

### COUNT IV
### NEGLIGENCE

32.     Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein and further states:

CASE #

33.    As a financial institution operating under numerous governmental regulatory agencies,

Defendant owes a duty to Plaintiff (and the public) not to obtain personal financial information

without a permissible purpose.

34.    Defendant breached their duty to Plaintiff by not only obtaining his personal consumer

credit file without a permissible purpose but then used the illegally obtained financial

information contained in Plaintiff's credit report to self deal, issuing Plaintiff a credit card with a

$50,000 credit limit.

35.    Defendant's breach of duty has caused Plaintiff great financial harm resulting in a severe

reduction in his credit score as well as countless hours in trying to correct the information on his

credit file.  Plaintiff also suffers from a severe health condition which has been exacerbated by

Defendant's actions, both emotionally and physically.

36.    Defendant's actions in knowingly obtaining Plaintiff's credit report without a permissible

purpose and then using that information to self deal are the very actions that punitive damages

were intended.

37.    Plaintiff requests the maximum jurisdictional amount plus punitive damages.

### COUNT V
### INVASION OF PRIVACY/INTRUSION UPON SECLUSION

38.    Plaintiff incorporates by reference the preceding paragraphs as if fully set forth herein,

and further states:

39.    Defendant intentionally intruded upon Plaintiff's solitude and invaded Plaintiff's privacy

by knowingly obtaining Plaintiff's personal consumer credit without a permissible purpose.

Defendant then used Plaintiff's private financial information to self deal, issuing Plaintiff a credit

card with a $50,000 limit..

8

CASE #

40.     Because Plaintiff did not initiate any business transaction or have any financial relationship with Defendant, a reasonable expectation of privacy exists that Plaintiff's personal financial and medical information would be free from Defendant's intrusion.

41.     Defendant obtaining Plaintiff's private consumer credit file without authorization or purpose then using the information for their own financial gain should be regarded as highly offensive by any reasonable person.  Plaintiff's personal credit file contains private financial and medical information that Plaintiff expects would be under his control.  Access to this information without Plaintiff's consent shocks the conscience of any reasonable person.

42.     Defendant's intrusion of Plaintiff's private consumer credit file without a permissible purpose caused Plaintiff's credit score to decrease thereby resulting in financial harm. Plaintiff also suffers from a severe health condition which has been exacerbated by Defendant's actions both emotionally and physically.

43.     Plaintiff seeks to recover actual and punitive damages for Defendant's invasion of privacy.

44.     Defendant's actions in obtaining Plaintiff's personal credit file without a permissible purpose and then using the information contained in the file to self deal shock the conscious. Therefore Plaintiff should be entitled both actual and punitive damages.

\\

9

CASE #

## PRAYER FOR RELIEF:

WHEREFORE, Plaintiff requests damages from Defendant in the maximum amount allowed by

jurisdiction and statute. Plaintiff also prays for punitive damages and any other amount this court

deems appropriate.

MICHAEL J ROBERTS
Plaintiff, *pro-se*
3568 Valencia Rd.
Jacksonville, Florida, 32205
(312) 687-6771

## VERIFICATION

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true,

to the best of my knowledge and belief.

MICHAEL J ROBERTS                                    July 11, 2023
3568 Valencia Rd.
Jacksonville, Florida, 32205
(312) 687-6771

EMAIL
MJRCHICAGO@gmail.com

# EXHIBIT 1

 Gmail

Michael J Roberts

---

**Your credit rating suffered recently, Michael**

1 message

---

WalletHub <no-reply@wallethub.com>                                    Fri, Feb 17, 2023 at 1:06 PM
Reply-To: WalletHub <no-reply@wallethub.com>

---



# Hey Michael,

# Unfortunately, your credit score went down by 10+ points and you moved to a lower credit level.

Check My Latest Score

 Gmail                                                         **Michael J Roberts**

---

## Your credit file has been updated
1 message

---

**Experian Alerts <support@s.usa.experian.com>**                               Fri, Feb 17, 2023 at 1:33 PM
Reply-To: Experian <reply-fe8111727c610d7a7c-14235_HTML-1274065777-7327132-33277@e.usa.experian.com>

                                  Membership ID# 10016879714345   Sign In

---



## Michael, please review your alert

### Credit file inquiry

There's been a change to your Experian® credit file.

[ See details ]



### Don't forget

If something looks incorrect on your Experian credit file,
dispute it in our Dispute Center and we'll review it.

# WalletHub

Dashboard ●

Offers | Credit Analysis | Debt Payoff | Credit Report

My Wallet   Credit Cards   Loans   Banking   Companies   Tools   Michael

WalletScore

Additional Details ⌄

⑥ **WalletFitness Tasks**



( 1 )

**Confirm New Inquiry**
Capital One requested your credit report on Feb 17, 2023

| CREDITOR INFO | CREDITOR TYPE |
| --- | --- |
| CAPITAL ONE | Bank Credit Cards |
| 15000 CAPITAL ONE | |
| RICHMOND VA 23238 | |
| (800) 955-7070 | |

**Please Confirm This Info is Accurate**

Confirm

Sorry to hear that. Here's what to do next:

If you don't recognize this credit inquiry, we recommend contacting Capital One for more details. Unrecognized inquiries on your credit file could be an indicator of identity theft.

If you want to dispute this credit inquiry you can easily do so online. And if you're not quite sure what that entails, WalletHub's simple explanation can fill you in.

Finally, if you believe you may be a victim of identity theft, we recommend taking these additional steps to keep your finances safe.

Hide Details ⌄

# EXHIBIT 2

 **Gmail**

Michael J Roberts

---

### Michael, you're approved for a Venture Rewards card
1 message

---

**Capital One** <capitalone@notification.capitalone.com>     Fri, Feb 17, 2023 at 1:02 PM
To: mjrchicago@gmail.com

---

&#128100; Sign In





# Congratulations, Michael!

### You've got a lot to look forward to.



## Here are your account details:

| **2X** | **$50000** | **25.24%** |
|---|---|---|
| miles per dollar | credit limit | variable APR |
| on all purchases | available to you | on purchases |

## PLUS
Earn 75,000 bonus miles once you spend
$4,000 on purchases within the first 3 months

# EXHIBIT 3

# MICHAEL J. ROBERTS, ESQ.

### 3568 Valencia Rd.
### Jacksonville, Fl. 32205
### (312) 687-6771

February 22, 2023

Capital One
Identity Theft Dept.
P.O. Box 30285
Salt Lake City, UT 84130
*Via Certified Mail/Return Receipt Requested & Facsimile: (866)509-3902*

Capital One Bank, NA
Legal Dept./Matthew Cooper, Esq
1680 Capital One Dr.
McLean, VA 22102
*Via Certified Mail/Return Receipt Requested Via Facsimile: (888) 203-2114*

#### Re: Fraudulent Application/Approval Capital One Venture Card
#### (Application Reference No. 10000169853476)
#### Last Four Digits of MJR Social Security #7724

Dear Identity Theft Agent:

This letter is to document the following regarding a fraudulent application and issuance of a Capital One Venture Card and the mitigating steps taken.

1. On Friday, February 17, 2023 I received email notices from the various credit reporting agencies that there had been a drop in my credit score followed by a new credit card appearing in my credit file. The credit reports documented the inquiry was from Capital One and the credit card was a Capital One Venture Card.
2. At no time have I applied for a Capital One Credit Card.
3. Contemporaneously, I received an email from Capital One congratulating me for being accepted for a Venture Card. (A true and accurate copy of said email is attached hereto.)
4. I immediately called Capital One (Feb. 17, 2023 @ 2:04pm) and spoke to Daryl (I.D.# VAN772) to report the fraudulent activity. Daryl stated that she found the account and was reporting it to the fraud department and instructed me to file a police report.
5. I then filed a police report with the Jacksonville Sheriff Dept., in Jacksonville, Florida. (Police Report # 23100940, Filed Feb. 17 @ 2:49pm)
6. Additionally, on February 17, 2023, I filed an Identity Theft Report with the Federal Trade Commision (Report # 156507050).

# EXHIBIT 4

 **Gmail**

**Michael J Roberts <lawyermjr@gmail.com>**

---

## TheFreeFax Transmission Successful to Capital One - 1 888-435-4215

1 message

---

**SRFax Delivery Notification <fax@srfax.com>**                            Thu, May 4, 2023 at 4:46 PM
Reply-To: no-reply@srfax.com
To: lawyermjr@gmail.com

| | |
|---|---|
| Transmission Status: | **Sent** |
| Sender: | **000-000-0000 (lawyermjr@gmail.com)** |
| Fax Sent: | **May 04/23 01:42 PM** |
| To Fax Number: | **1 888-435-4215** |
| Remote Fax ID: | **888-435-4215** |
| # of Pages Sent: | **2 of 2 (Call Length: 2:17)** |
| Ref. Code: | |

Get your own private fax number for as little as $3.29 a month.

Sign up today! http://www.srfax.com/TheFreeFaxOffer.php

📄 **20230504134126-2753_03.pdf**
140K

**MICHAEL J. ROBERTS**
3568 Valencia Rd., Jacksonville, Fl. 32205
Ph: (312) 687-6771

May 4, 2023
Capital One
Identity Theft Dept.
P.O. Box 30285
Salt Lake City, UT 84130
*Via Certified Mail/Return Receipt Requested & Facsimile: (888)435-4215*

**Re: Feb. 17,2023 Impermissible Credit Inquiry/Fraudulent Application Approval**
**Capital One Venture Card (Application Reference No. 10000169853476)**
**Last Four Digits of MJR Social Security #7724**

Dear Capital One Agent:

This notice shall serve as follow-up correspondence to my certified letter dated February 22, 2023.

As of the date of this letter, Capital One's February 17, 2023 impermissible/unauthorized hard inquiry of my credit file has not yet been removed despite numerous assurances that your department notified the three reporting bureaus to delete the inquiry on or about February 27, 2023.

Also, on or about February 27, 2023, your representative stated that I would be receiving a confirmation letter regarding Capital One's actions to remove the fraudulent credit inquiry from my file, but again, that has not happened.

Moreover, today I spoke to agents at TransUnion, Equifax and Experian and each confirmed that no such information has been received from Capital One to remove the unauthorized inquiry of February 17, 2023.

I have been more than patient in trying to resolve this matter amicably but to no avail. Because of Capital One's flagrant violation of *15 USC 1681*, in which my credit file was accessed without a permissible purpose on February 17, 2023, I am filing a lawsuit against Capital One for damages under the FCRA in the United States District Court, Middle District of Florida. The summons and complaint are addressed to the registered agent, *Corporation Service Company, 1201 Hays Street, Tallahassee, Fl 32301-2525.*

Respectfully,

*Michael J. Roberts*

Michael J. Roberts

## IN THE FOURTH JUDICIAL CIRCUIT COURT,
## IN AND FOR DUVAL COUNTY, FLORIDA

MICAHEL J. ROBERTS
_____,
                                Plaintiff,

CAPITAL ONE FINANCIAL CORP.,

V.    Registered Agent:
      Corporation Service Company
      1201 Hays St.,
      Tallahassee, FL, 32301-2525
_____.
                                Defendant

Case No.: 2023-CA-9471

Division:      CV-G

### SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

        YOU ARE COMMANDED to service this summons and a copy of the complaint or petition in this action on the defendant  Capital One Financial Corp. via Registered Agent
Corporation Service Company, 1201 Hays St., Tallahassee, Fl. 32301-2525   *[name and address]*.

DATED on ____ July 11`, 2023 _____

JODY PHILLIPS
RONNIE FUSSELL
As Clerk of the Court
By: _____
As Deputy Clerk

### IMPORTANT

        A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney

right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

  If you choose to file a written response yourself at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney".

  **If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

  Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo eviso del tribunal. Existen otros requistitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

  Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado del Demanadante).

  **Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator, Teléfonos (904) 255-1695, Correo electrónico crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es**

**menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

IMPORTANT

Des poursuites judiciaries ont eta entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de le telphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, evec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la uite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juidiques et vour pouvez requerir les services immediats d'un avocat. Si your ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avacoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il yous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney". (Plaignant ou a son avocat) namme ci-dessous.

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter ADA Coordinator, Téléphone (904) 255-1695, Email crtintrp@coj.net, au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**


MICHAEL J. ROBERTS
_____

Plaintiff/Plaintiff's Attorney


3568 VALENCIA RD.
_____
JACKSONVILLE, FL. 32205
_____

Address


Florida Bar No. _____

IN THE CIRCUIT COURT OF
THE FOURTH JUDICIAL CIRCUIT, IN
AND FOR DUVAL COUNTY FLORIDA

MICHAEL J. ROBERTS
Plaintiff(s)
v.
CAPITAL ONE FINANCIAL CORP.
Defendant(s).
_____/

CASE NO.: 16-2023-CA-009471-XXXX-MA

DIVISION: CV-G (CIRCUIT COURT)

## CORRECTED AMENDED ORDER SETTING CASE MANAGEMENT PLAN FOR NON-COMPLEX CASES

This civil action comes before the Court upon Plaintiff filing a complaint. The Court now establishes a Case Management Plan as set forth below. If a case is declared complex, the parties shall follow the procedures in Florida Rule of Civil Procedure 1.201, rather than this Case Management Plan.

| DEADLINE OR EVENT | DATE |
|---|---|
| **Deadline for Service of Process** | 120 days |
| **Motions to Dismiss, Motion for More Definite Statement, Motions to Strike and any objections to the pleadings** | Within 60 days of filing the motion/objection or, if such motion/objection was previously filed, within 60 days of date of entry of this Order approving this Case Management Plan, counsel must schedule with the Court's Judicial Assistant a hearing on the motion/objection. Failure to do so will result in the motion/objection being deemed abandoned and denied. Non-movant shall timely submit a proposed order if the motion/objection is deemed abandoned and denied. |
| **Notice for Trial** | Plaintiff must and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440 (b) and any party filing a notice for trial shall also submit to the Court a completed Trial Set Memorandum within ten (10) days from the date the case is at issue as defined by Rule 1.440(a). Each civil division's Trial Set Memorandum and any other procedures for setting trials are posted on the Fourth Judicial Circuit's website: jud4.org. |

It is **ORDERED**:

1. **COMPLIANCE WITH THIS CASE MANAGEMENT PLAN:** The parties shall strictly comply with the terms of this Case Management Plan, unless otherwise ordered by the Court. ***Failure to comply with all requirements of this order may result in the imposition of sanctions, including dismissal of the case.***

2. **ADDITIONAL FOURTH CIRCUIT AND DIVISION SPECIFIC GUIDELINES:** All counsel and unrepresented parties shall familiarize themselves and comply with the requirements of the Fourth Judicial Circuit's Second Amended Administrative Order 2023-05, *In Re: Civil Case Management and Resolution in Circuit Court of Non-Complex Cases*, found at jud4.org, and any division-specific guidelines that may apply.

3. **MODIFICATION OF THIS ORDER:** The parties may not, individually or by agreement, alter or extend the deadlines in this Order, or waive any of the provisions of this Order. The provisions of this Order may be modified only upon motion/stipulation ***and*** Court order, according to applicable law.

4. **NOTICE FOR TRIAL:** Plaintiff shall and any party may file a notice that the action is at issue and ready to be set for trial pursuant to Florida Rule of Civil Procedure 1.440(b) and submit to the Court a completed Trial Set Memorandum no later than ten (10) days after the date the case is at issue as defined by Florida Rule of Civil Procedure 1.440(a) to schedule the case for trial pursuant to the division's procedures.

5. **DISCOVERY:** All counsel and unrepresented parties shall familiarize themselves with the current edition of the Florida Handbook on Civil Discovery Practice and seek to resolve discovery issues without Court intervention whenever possible.

6. **SERVICE OF THIS ORDER:** When serving the Complaint on a party, Plaintiff must also serve a copy of this Order Setting Case Management Plan for Non-Complex Cases on that party. Plaintiff shall file a Certificate of Service of this Order within ten (10) days of service.

   **DONE** at Jacksonville, Duval County, Florida, on 11th of July, 2023.

   _____

   **CIRCUIT JUDGE**

**If you are a person with a disability who needs any accommodation to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, at least seven (7) days before your scheduled court appearance or immediately upon receiving this notice if the time before the scheduled appearance is less than seven (7) days. If you are hearing or voice impaired, call 711.**

**ADA Coordinator: Debra Marchant, Human Resources Manager, Duval County Courthouse, 501 W. Adams Street, Jacksonville, FL 32202. (904) 255-1695.**

## RETURN OF SERVICE

SHERIFF NUMBER: 23009731

PARTY TO BE SERVED
CAPITAL ONE FINANCIAL CORP.
1201 HAYS STREET
TALLAHASSEE, FL 32301

ATTORNEY / PETITIONER
MICHAEL J ROBERTS
3568 VALENCIA RD
JACKSONVILLE, FL 32205

**FILED**

**JUL 2 1 2023**

DUVAL CLERK OF COURT

PLAINTIFF:     MICHAEL J ROBERTS
-VS-
DEFENDANT:   CAPITAL ONE FINANCIAL CORP.

TYPE OF WRIT: SUMMONS, COMPLAINT

COURT:     CIRCUIT / DUVAL          COURT DATE:
CASE #:    2023CA9471              COURT TIME:

Received the above-named writ on July 13, 2023, at 4:43 PM, and SERVED the same on the 14th day of July 2023, at 9:00 AM. Service was completed at 1201 HAYS STREET TALLAHASSEE, FL 32301 in LEON County, Florida, as follows:

CORPORATE

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the date and hour of service endorsed thereon by me to wit: Sheena Black  as registered agent of the within named corporation according to Chapter 48.081 (3) and 48.091, Florida Statutes.

SERVICE COST: $40.00                    WALT MCNEIL, SHERIFF
hilll, CIVIL CLERK                       LEON COUNTY, FLORIDA

COURT:                          TB 1501

                                BY:_____
DUVAL  COUNTY CLERK OF COURT         Process Server Tracie Baker, Badge # 1501
SUITE 2338
JACKSONVILLE, FL 32202

IN THE FOURTH JUDICIAL CIRCUIT COURT,

IN AND FOR DUVAL COUNTY, FLORIDA

MICAHEL J. ROBERTS

         **Plaintiff,**

CAPITAL ONE FINANCIAL CORP.,

V. Registered Agent:
Corporation Service Company
1201 Hays St.,
Tallahassee, FL, 32301-2525

        **Defendant**

Case No.: _2023-CA- 9471_

Division: _CV-G_

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

SERVED THIS 1~~~~ DAY OF July
20_3_ AT_900_ A.M. ____ P.M.
WALT McNEIL, SHERIFF OF LEON COUNTY, FL
BY _____ DS

YOU ARE COMMANDED to service this summons and a copy of the complaint or petition in this action on the defendant  Capital One Financial Corp. via Registered Agent Corporation Service Company, 1201 Hays St., Tallahassee, Fl. 32301-2525  *[name and address].*

DATED on  July 11`, 2023



JODY PHILLIPC
~~RONNIE FUSSELL~~
As Clerk of the Court
By: _____
As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint in this Court. A phone call will not protect you; your written response, including the above case number and named parties, must be filed if you want the Court to hear your case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney



right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself at the same time you file your written response to the Court, you must also mail or take a carbon copy or photocopy of your written response to the "Plaintiff/Plaintiff's Attorney".

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la llamada telefonica no lo protegera; si usted desea que el tribunal incluyendo el numero del caso y las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo eviso del tribunal. Existen otros requistitos legales. Si lo desea, puede abogado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado del Demanadante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator, Teléfonos (904) 255-1695, Correo electrónico crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es**

**menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

IMPORTANT

Des poursuites judiciaries ont eta entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrita a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de le telphone est insuffisant pour vous proteger; vous etes oblige de deposer votre reponse ecrite, evec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la uite, sans aucun preavis ulterieur du Tribunal. Il y a d'autres obligations juidiques et vour pouvez requerir les services immediats d'un avocat. Si your ne connaissez pas d'avocat, yous pourriez telephoner a un service de reference d'avacoats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il yous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocipie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney". (Plaignant ou a son avocat) namme ci-dessous.

**"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter ADA Coordinator, Téléphone (904) 255-1695, Email crtintrp@coj.net, au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."**

MICHAEL J. ROBERTS
_____
Plaintiff/Plaintiff's Attorney

3568 VALENCIA RD.
_____
JACKSONVILLE, FL. 32205
_____
Address

Florida Bar No. _____

Filing # 178358021 E-Filed 07/27/2023 11:39:46 AM

## IN THE CIRCUIT COURT OF THE
## FOURTH JUDICIAL CIRCUIT IN AND FOR
## DUVAL COUNTY, FLORIDA

MICHAEL J. ROBERTS,  CASE NO.: 16-2023-CA-009471-XXXX-MA
DIVISION: CV-G

    Plaintiff(s),

v.

CAPITAL ONE FINANCIAL CORP.,

    Defendant(s).

_____/

### NOTICE OF APPEARANCE AS COUNSEL
### AND DESIGNATION OF EMAIL ADDRESS

PLEASE TAKE NOTICE that ANDREW KEMP-GERSTEL, Esq., MICHAEL D.

STARKS, Esq., and STEFANI R. ERAZO, Esq., of the law firm, LIEBLER, GONZALEZ &

PORTUONDO, hereby enters their appearance as counsel for Defendant, CAPITAL ONE, N.A.,

improperly named as "CAPITAL ONE FINANCIAL CORP." ("Defendant") in these proceedings.

All parties are requested to take notice of the appearance of undersigned counsel and to serve all

copies of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or

nature upon the undersigned counsel.

Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), Defendant hereby

gives notice of the primary and secondary e-mail addresses of its counsel as follows:

Counsel's name: **Andrew Kemp-Gerstel, Esquire**
Primary e-mail address: akg@lgplaw.com; mkv@lgplaw.com
Secondary e-mail addresses: service@lgplaw.com

Counsel's name: **Michael D. Starks, Esquire**
Primary e-mail address: mds2@lgplaw.com; sck@lgplaw.com
Secondary e-mail addresses: service@lgplaw.com

Counsel's name: **Stefani R. Erazo, Esquire**
Primary e-mail address: sre@lgplaw.com; sck@lgplaw.com
Secondary e-mail addresses: service@lgplaw.com

**CASE NO.: 16-2023-CA-009471-XXXX-MA**
**DIVISION: CV-G**

**LIEBLER, GONZALEZ & PORTUONDO**
*Counsel for Defendant*
Courthouse Tower - 25ᵗʰ Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400

By:/s/ *Andrew Kemp-Gerstel*
     ANDREW KEMP-GERSTEL
     Florida Bar No. 0044332
     MICHAEL D. STARKS
     Florida Bar No. 0086584

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **27ᵗʰ** day of **July, 2023**, I electronically filed the foregoing with

the Clerk of Courts by using the Florida Courts E-filing Portal and will send a notice of electronic

filing to the following via US Mail: **Michael J. Roberts**, 3568 Valencia Road, Jacksonville, FL

32205 at mjrchicago@gmail.com.

       */s/ Andrew Kemp-Gerstel*
       ANDREW KEMP-GERSTEL

Filing # 178831254 E-Filed 08/03/2023 09:36:33 AM

**IN THE CIRCUIT COURT OF THE**
**FOURTH JUDICIAL CIRCUIT IN AND FOR**
**DUVAL COUNTY, FLORIDA**

MICHAEL J. ROBERTS,                          CASE NO.: 16-2023-CA-009471-XXXX-MA
                                             DIVISION: CV-G
     Plaintiff(s),

v.

CAPITAL ONE FINANCIAL CORP.,

     Defendant(s).

_____/

**DEFENDANT'S MOTION FOR EXTENSION**
**OF TIME TO FILE RESPONSE TO COMPLAINT**

     Defendant, CAPITAL ONE, N.A., improperly named as "CAPITAL ONE FINANCIAL,

CORP." ("Defendant"), through undersigned counsel, pursuant to Florida Rule of Civil Procedure

1.090(b)(1)(A), respectfully requests the Court to enter an order extending the time allowed for

Defendant to respond to Plaintiff's Complaint, and state as grounds:

     1.     On July 14, 2023, the registered agent for Defendant received the Complaint.

     2.     The deadline to respond to the Complaint is August 3, 2023.

     3.     Undersigned counsel was recently retained to represent the Defendant herein and

today filed a Notice of Appearance.

     4.     In order to evaluate the factual allegations stated in the Complaint, research

Defendant's records, and determine the circumstances involved, Defendant and undersigned

counsel require additional time to prepare and respond to the Complaint.

     5.     The foregoing Motion is filed in good faith and not for dilatory or other improper

purpose and no party will be prejudiced by the relief sought herein.

     6.     The time for response has not expired, and cause has been shown herein.

     WHEREFORE, Defendant respectfully requests that this Court enter an Order extending

the time allowed for the Defendant to respond to Plaintiff's Complaint.

**CASE NO.: 16-2023-CA-009471-XXXX-MA**
**DIVISION: CV-G**

**LIEBLER, GONZALEZ & PORTUONDO**
*Counsel for Defendant*
Courthouse Tower - 25th Floor
44 West Flagler Street
Miami, FL 33130
(305) 379-0400

By:*/s/ Andrew Kemp-Gerstel*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
MICHAEL D. STARKS
Florida Bar No. 0086584

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **3rd** day of **August, 2023,** I electronically filed the

foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal and will send a

notice of electronic filing to the following via US Mail: **Michael J. Roberts**, 3568 Valencia Road,

Jacksonville, FL   32205 at mjrchicago@gmail.com.

*/s/ Andrew Kemp-Gerstel*
ANDREW KEMP-GERSTEL

Filing # 178892924 E-Filed 08/03/2023 04:10:42 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE:  2023-CA-009471
DIVISION: CV-G

MICHAEL J. ROBERTS,

          Plaintiff,

vs

CAPITAL ONE FINANCIAL CORP.,
    A Delaware Corporation,

         Defendant.

_____

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

      Plaintiff, MICHAEL J. ROBERTS, responds to Defendant, CAPITAL ONE, N.A., Motion For Extension of Time To File Response to Plaintiff's Complaint pursuant to Florida Rule of Civil Procedure 1.090(b)(1)(A)  as follows:

1. Defendant was served with Plaintiff's Complaint through its Registered Agent on July 14, 2023 with counsel filing their Appearance on July 27, 2023 making a responsive pleading due August 3, 2023;

2. At no time has Defendant attempted to contact Plaintiff to request an extension of time by agreement, which Plaintiff would have happily consented to.  Instead, Defendant requests an extension of time hours before the responsive pleading is due claiming more time is needed to research the Complaint.

3. Though an extension of time to respond is routine, it also must be requested in good faith. Though Defendant may in fact need more time to research the Complaint before responding, this was surely known more than a few hours prior to the responsive pleading being due.

4. Defendant further fails to state how long an extension of time is requested. Again, recognizing it is routine to leave the time period open-ended, it is also a commonly used delay tactic to request an extension of time to respond then, at the last minute, remove the matter to federal court.

5. Plaintiff requests that if an extension of time is granted to Defendant, the date to file a responsive pleading be prior to the removal deadline of August 13, 2023.

WHEREFORE, the Plaintiff, MICHAEL J. ROBERTS, requests that Defendant's extension of time to respond be limited to on or before August 10, 2023.


*Michael J. Roberts*

Michael J. Roberts
Plaintiff (pro-se)
3568 Valencia Rd.
Jacksonville, FL 32205
(312) 687-6771
mjrchicago@gmail.com

## **VERIFICATION**

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

*Michael J Roberts*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of August, 2023, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal and will send a notice of electronic filing to  Andrew Kemp-Gerstel, Counsel for Defendant, LIEBLER, GONZALEZ & PORTUONDO, Courthouse Tower - 25th Floor 44 West Flagler Street. Miami, FL 33130   at akg@lgplaw.com

Filing # 178892924 E-Filed 08/03/2023 04:10:42 PM

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE:  2023-CA-009471
DIVISION: CV-G

MICHAEL J. ROBERTS,

      Plaintiff,

vs

CAPITAL ONE FINANCIAL CORP.,
    A Delaware Corporation,

      Defendant.

_____

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Plaintiff, MICHAEL J. ROBERTS, responds to Defendant, CAPITAL ONE, N.A., Motion For Extension of Time To File Response to Plaintiff's Complaint pursuant to Florida Rule of Civil Procedure 1.090(b)(1)(A)  as follows:

1. Defendant was served with Plaintiff's Complaint through its Registered Agent on July 14, 2023 with counsel filing their Appearance on July 27, 2023 making a responsive pleading due August 3, 2023;

2. At no time has Defendant attempted to contact Plaintiff to request an extension of time by agreement, which Plaintiff would have happily consented to.  Instead, Defendant requests an extension of time hours before the responsive pleading is due claiming more time is needed to research the Complaint.

3. Though an extension of time to respond is routine, it also must be requested in good faith. Though Defendant may in fact need more time to research the Complaint before responding, this was surely known more than a few hours prior to the responsive pleading being due.

4. Defendant further fails to state how long an extension of time is requested. Again, recognizing it is routine to leave the time period open-ended, it is also a commonly used delay tactic to request an extension of time to respond then, at the last minute, remove the matter to federal court.

5. Plaintiff requests that if an extension of time is granted to Defendant, the date to file a responsive pleading be prior to the removal deadline of August 13, 2023.

WHEREFORE, the Plaintiff, MICHAEL J. ROBERTS, requests that Defendant's extension of time to respond be limited to on or before August 10, 2023.


/s/ *Michael J. Roberts*
Plaintiff (pro-se)
3568 Valencia Rd.
Jacksonville, FL 32205
(312) 687-6771
mjrchicago@gmail.com

## **VERIFICATION**

Under penalties of perjury, I declare that I have read the foregoing, and the facts alleged are true, to the best of my knowledge and belief.

*/s/ Michael J. Roberts*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 4th day of August, 2023, I electronically filed the foregoing with the Clerk of Courts by using the Florida Courts E-filing Portal and will send a notice of electronic filing to  Andrew Kemp-Gerstel, Counsel for Defendant, LIEBLER, GONZALEZ & PORTUONDO, Courthouse Tower - 25th Floor 44 West Flagler Street. Miami, FL 33130  at akg@lgplaw.com