# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

MICHAEL J. ROBERTS,

    Plaintiff,

v.

    Case No. 3:23-cv-940-TJC-JBT

CAPITAL ONE FINANCIAL CORP.,

    Defendant.

## O R D E R

Upon review of the Joint Stipulation of Voluntary Dismissal, Doc. 22, filed on November 7, 2023, this case is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of November, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies:

Counsel of record

Michael J. Roberts
3568 Valencia Road
Jacksonville, FL 32205